An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCISCO J. RAMOS,
                Appellant,
vs.
FORD MOTOR CREDIT COMPANY LLC,
                Respondent.

No. 68969

**FILED**

NOV 0 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge. Appellant is proceeding in pro se.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to have been prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Linda Marie Bell, District Judge
       Francisco J. Ramos
       Christopher E. Mumm
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33400